UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAMELA M. ANGIER,

Plaintiff,

v.

WILLIAM J. HENDERSON, Postmaster General, U.S. Postal Service,

Defendant.

CIVIL NO. 00-215 (DSD/JMM)

ORDER

The above matter came on before the undersigned on December 19, 2000 upon Plaintiff's Motion to Extend the Discovery Schedule [Docket No. 16]. At the request of the Parties, this Motion was submitted for consideration without oral argument.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend the Discovery Schedule [Docket No. 16] is denied without prejudice.

Dated: December 19, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Motion seeks "an Order extending the Court's pretrial discovery schedule." The basis of the Motion is that Plaintiff's Mother died on September 20, 2000, and that Plaintiff has been in bereavement since that date. Plaintiff states that her

DEC 19 2000
... SAL, CLERK

"bereavement coupled with depression" prevents her from cooperating with her attorney in pretrial preparation.

It is not demonstrated that all discovery may not be completed by February 1, 2001, the current deadline. The moving papers do not disclose the date by which it is expected that Plaintiff will be able to cooperate with her attorney, nor do they include the report of any expert substantiating the claim. Particularly under these circumstances, the Court cannot issue the Order as prayed for in Plaintiff's Motion.

J.M.M.