UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAMELA M. ANGIER,

Plaintiff,

v.

WILLIAM J. HENDERSON,
Postmaster General,

Defendant.

CIVIL NO. 00-215 (DSD/JMM)

ORDER

The following Motions are pending before this Court: Motion to Withdraw as Counsel for Plaintiff [Docket No. 39] and Defendant's Motion to Enforce the Settlement Agreement [Docket No. 42]. This Order establishes the deadlines for submitting written materials in response to the Motions, and schedules a date for the hearing on the Motions, as more fully explained on the record of the October 1, 2001 Court appearance.

IT IS HEREBY ORDERED as follows:

1. Counsel for Plaintiff is excused from representing Plaintiff with respect to the pending Motions.

2. Plaintiff shall deliver and file her written responses to these Motions (Affidavits, Memorandum, proposed Order) no later than October 12, 2001. She is encouraged to retain legal counsel to represent her.

3. Defendant and Plaintiff/counsel for Plaintiff may deliver and file their written materials in Reply no later than October 19, 2001.

4. A hearing will be held before the undersigned regarding these two motions on October 22, 2001 at 10:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: October 1, 2001

JOHN M. MASON
United States Magistrate Judge

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________