UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PAMELA M. ANGIER,

Plaintiff,

v.

WILLIAM J. HENDERSON,
Postmaster General,

Defendant.

CIVIL NO. 00-215 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on October 22, 2001 upon the Motion of Michael Mobley to Withdraw as Counsel for Plaintiff [Docket No. 39]. Eric Satre, Esq. appeared on behalf of Plaintiff; Mary Madigan, Esq., Assistant U.S. Attorney, appeared on behalf of Defendant. Michael Mobley, Esq. appeared on his own behalf.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Motion of Michael Mobley to Withdraw as Counsel for Plaintiff [Docket No. 39] is granted. While the Motion was pending, Plaintiff secured new counsel, Eric Satre, Esq., who noted his appearance as counsel for Plaintiff. Accordingly, Eric Satre, Esq. is substituted as counsel for Plaintiff herein, and shall file a Notice of Appearance with the Clerk of Court. See Local Rule 83.7(b).

Dated: October 26, 2001

JOHN M. MASON
United States Magistrate Judge

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______